IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAROL CARLSON, individual, and on behalf of
all others similarly situated,

        Plaintiff,

v.                          CASE NO. 4:14cv177-RH/CAS

TARGET CORPORATION etc., et al.,

        Defendants.

_____/

ORDER EXTENDING THE DEADLINE
TO RESPOND TO THE COMPLAINT

The unopposed motion of the defendants Target Corporation and Target Corporate Services, Inc., ECF No. 9, to extend the deadline to respond to the complaint is GRANTED. The deadline is extended to June 4, 2014.

SO ORDERED on May 5, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge